This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



*C. Kathryn Preston*
United States Bankruptcy Judge

**Dated: October 24, 2017**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN      DIVISION**

_____

In re:  John Michael Smilo
        Traci Lynn Smilo

        Debtor(s)

Case No.:  17-53776

Chapter: 13

Judge:  C. Kathryn Preston

_____

**ORDER OVERRULING OBJECTION TO CLAIM (DOC. NO.   30   )
DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-captioned Objection to Claim (hereinafter, the "Objection") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒  The Objection does not state the claim number assigned by the clerk.  (LBR 3007-1(b) requires a claim objection to state any claim number assigned by the clerk.)

      It is further **ORDERED** that if (1) a filing deadline applies to the document that is the subject of this order, (2) the document was filed within that deadline, but such deadline had expired on the date of this order was entered or will expire within 10 days from the date of the entry of this order and (3) the Federal Rules of Bankruptcy Procedure do not preclude an enlargement of the deadline for filing the document, then the party filing the document shall have 10 calendar days from the date of entry of this order to file an objection to claim which corrects the deficiencies described above. If the time period for filing the document has not already expired, but instead will expire on a date that is later than 10 days after the date of the entry of the order, then the party will have until such date to file an objection to claim which corrects the deficiencies.

      The Objection is **OVERRULED** without prejudice.

      **IT IS SO ORDERED.**

Copies To:
Default List

###