## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: § <br> § **CASE NO. 2:17-bk-53776** <br> **JOHN MICHAEL SMILO** § <br> **dba John M. Smilo, DPM, Inc.** § <br> **TRACI LYNN SMILO** § <br>     **DEBTOR** | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing LLC as servicing agent for NRZ Pass-Through Trust V-B** | **The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as successor in interest to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2001-RS1 c/o Specialized Loan Servicing LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1398**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1398**

Court Claim # (if known): 6-2
Amount of Claim: $93,174.91
Date Claim Filed: 10/27/2017

Phone number: (800) 315-4757
Last Four Digits of Acct.#: 1398

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                                                Date:           12/09/2017
      Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 11, 2017 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
John Michael Smilo
636 Ridgewood Dr
Coshocton, OH 43812-2746

**Co-Debtor**     *Via U.S. Mail*
Traci Lynn Smilo
636 Ridgewood Dr
Coshocton, OH 43812-2746

**Debtors' Attorney**
Crystal I. Zellar
Zellar & Zellar Attorneys At Law Inc.
720 Market St
Zanesville, OH  43701-3716

**Chapter 13 Trustee**
Frank M. Pees
130 East Wilson Bridge Road, Suite 200
Worthington, Ohio 43085

                                              Respectfully Submitted,

                                              /s/ John J. Rafferty
                                              John J. Rafferty