B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Southern District Of Ohio

In re John Michael Smilo & Traci Lynn Smilo, Case No. 2:17-bk-53776

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1/10/2019 (date).

Name of Alleged Transferor

U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust V-B

Address of Alleged Transferor:

Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

Name of Transferee

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                                 _____
                                                                                              **CLERK OF THE COURT**